# MI23E0049QC Daniel, Kelly vs. Daniel, Marta Noemi

- Case Type:
- Equity Complaint
- Case Status:
- Active
- File Date
- 08/21/2023
- DCM Track:
- 
- Initiating Action:
- General complaint
- Status Date:
- 08/21/2023
- Case Judge:
- Barbar, Hon. Thomas J
- Next Event:
- 10/22/2024

All Information    Party    Event    Docket    Disposition

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | | Barbar, Hon. Thomas J |

# PRENUPTIAL AGREEMENT

THIS AGREEMENT made this 3nd day of November, 2020 by and between **CLEBERT DANIEL (husband)** of (address) 34 Garlands St. Everett, MA. 02149 and **MARTA NOEMI ARANA ALFARO (wife)** of (address) 34 Garlands St., Everett, MA. 02149

## WITNESSETH AS FOLLOWS:

WHEREAS, a marriage is about to be solemnized between the parties in the State of Massachusetts and

WHEREAS, the parties intend for this Agreement to become effective upon their marriage; and

WHEREAS, the parties wish to determine the individual and joint property rights and liabilities that may result from said marriage; and

WHEREAS, each of the parties has been informed of his or her legal rights, has been given an adequate period of time to consider entering this Agreement prior to the contemplated marriage, and have been informed that they should consult counsel of his or her own choosing and receive independent legal advice with respect thereto before signing said Agreement; and

WHEREAS, the parties have made full and complete disclosure of their assets and liabilities; and all assets have been accurately stated on Exhibits A and B attached hereto: and

WHEREAS, the parties have read and understand this Agreement and execute this Agreement voluntarily and believe this Agreement to be fair and to represent their intentions with regard to any current or future assets and liabilities.

NOW THEREFORE, in consideration of the marriage about to be solemnized between the parties, other valuable consideration and of the mutual covenants and Agreements herein contained, the parties do hereby agree as follows:

1

I. **Acknowledgment of No Claim**

This is a premarital Agreement. **CLEBERT DANIEL (husband)**, acknowledges that no provision from the estate of **MARTA NOEMI ARANA ALFARO (wife)** is to be made for him in the event of any termination of the contemplated marriage except as provided herein: **MARTA NOEMI ARANA ALFARO (wife)** acknowledges that no provision from the estate of **CLEBERT DANIEL (husband)**, is to be made for her in the event of any termination of the contemplated marriage.

II. **Separate Property**

After the solemnization of the marriage between the parties, each of them shall separately retain all rights in his or her own property, whether now owned or hereafter acquired (other than any property which they may hereafter acquire as joint tenants with rights of survivorship), and each of them shall have the absolute and unrestricted right to dispose of such separate property, in whole or in part, free from any claim that may be made by the other by reason of their marriage and with the same effect as if no marriage had been solemnized between them. The separate property will be free and clear of any claim of the other; party, upon separation or otherwise, without regard to any time or effort invested during the course of the marriage in the maintenance, management, or improvement of the separate property. This shall include any personal property which shall remain the sole ownership of the name holder or the property owner as of the date of the marriage.

III. **Waiver of Rights in Property and Estate of the Other**

Each of the parties does hereby convey, waive and release unto the other the following:
(a) all rights which he or she may at any time have during the life or after the death of the other under the laws of the State of Massachusetts or any other jurisdiction *(including those jurisdictions not within the United States of America)* by reason of the marriage between them with respect to any property, real, personal or mixed, of whatsoever kind or nature, now owned or hereafter acquired by the other, through gift, inheritance or by any other means;
(b) All rights which he or she may at any time have under the laws of any jurisdiction *(including those jurisdictions not within the United States of America)*, in the estate of the other after the other's decease, including, without limitation, the right to take an elective share, the share of an

2

omitted spouse, a homestead allowance, an exempt property and family allowance, and all other rights conferred under Parts 2, 3 and 4 of Article 2 of Title 18-A of the Revised Statutes of Massachusetts, as amended to the date hereof or at any time hereafter, or under any successor statute, whether or not either party provides for the other under the terms of his or her Last Will and Testament;

(c) All rights of dower, courtesy or thirds which he or she may at any time have under the laws of any jurisdiction (including those jurisdictions not within the United States of America);

(d) All rights to share in the property or estate of the other existing on the date hereof or arising at any time hereafter which are based on or arise out of marital status, including, without limitation, rights to "marital property" as defined in Section 953 of Title 19-A of said Revised Statutes of Massachusetts, or in any version of the Uniform Marital Property Act, whether such rights shall arise by reason of intestacy, by operation of law, by contract between either party hereto and third persons or otherwise and whether or not such property or estate or any part thereof shall be subject to the jurisdiction of any court of probate;

(e) All rights of community property which either may at any time have in the property of the other under the laws of any jurisdiction *(including those jurisdictions not within the United States of America)*;

(f) All rights and claims to priority to act as executor, administrator, guardian, conservator or other personal representative of the other or the other's estate under the laws of any jurisdiction *(including those jurisdictions not within the United States of America)*, except to the extent appointed to any such office pursuant to the other's Last Will and Testament, power of attorney or other appointive consensual document;

**IV.    Earnings During the Marriage**

All earning of each party during the marriage shall be considered separate property of the individual. Nothing in this Agreement shall be construed as relieving either party of an obligation to support their minor children.

## V. Contributions and Accumulation in Retirement Plans and Accounts

All retirement plans in the name of the individual shall remain that separate property of the name holder. All accumulations in and contributions to, whether before or during the marriage, shall remain the separate property of the party who owns the account or is the plan beneficiary.

## VI. Separate Obligations/Debts

All obligations and liabilities incurred by either party heretofore or hereafter without the joinder of the other shall remain the separate obligations of the party who incurred them. Each party hereby agrees to indemnify the other against and hold the other harmless from any such obligation or liability. In the event of the divorce of the parties, each party shall be fully responsible for his or her own separate debts and obligations, and each party shall be responsible for one half of any joint debts.

## VII. Income Taxes

Each party shall satisfy any tax obligation related to their separate property. Nothing in this Agreement shall prevent the parties from filing taxes jointly. The parties recognize and acknowledge that they may choose to file joint federal and state income tax returns, which returns may show ordinary income and capital gains from property owned and held as separate property of one party. The parties agree that the mere filing of any such joint tax returns shall not convert separate property into marital property or property co-owned by the parties and shall not give rise to a claim of equitable ownership by one party against the party having legal ownership.

## CERTIFICATION OF SPANISH TRANSLATION/ENGLISH DOCUMENT REVIEW

I, Cristina Bernal, certified by the National Center for State Court, and the Administrative Office of the Trial Court of the Commonwealth of Massachusetts as a Spanish-English Court Interpreter, hereby declare that I have reviewed this English into Spanish translation and find that the this translation conveys in Spanish what the original English documents says. However, there are instances throughout the document where the translation shows the everyday-use of the terms, rather than the legal terms. These instances are marked by "[IN]" to reflect interpreter's note throughout the document.

I further certify that I am neither counsel for, nor related to any of the parties. I have no financial or other interest in the outcome of any action related to this translation.



Cristina Bernal
Commonwealth of Massachusetts.
Bristol County



**DEPENDENTS ENROLLMENT SUMMARY**

| Benefit Option | Dependent |
|---|---|
| Plus Plan | Marta Daniel |
| Flex Dental | Sylvanie Daniel |
| BCBS Vision Care | Sylvanie Daniel |

**YOUR BENEFICIARIES DESIGNATIONS**

| Benefit | Beneficiary | Primary Allocation Percent | Primary Allocation Amount | Secondary Allocation Percent | Secondary Allocation Amount | Excess |
|---|---|---|---|---|---|---|
| Basic Life | Robenson Daniel | 50% | | | | No |
|  | Kelly Daniel | 50% | | | | No |
| Supp. Life | Robenson Daniel | 50% | | | | No |
|  | Kelly Daniel | 50% | | | | No |
| AD&D | Robenson Daniel | 50% | | | | No |
|  | Kelly Daniel | 50% | | | | No |

ELECTION PREVIEW

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Division: Middlesex

Docket No.: 23E0049QC

**FINANCIAL STATEMENT**
(Short Form)

**INSTRUCTIONS:** if your income equals or exceeds $75,000.00 annually, you must complete the LONG FORM financial statement, unless otherwise ordered by the court.

Kelly Daniel & Robenson Daniel, Co-Personal Reps
**Plaintiff/Petitioner**

v

Martha Noemi Daniel
**Defendant/Petitioner**

## 1. PERSONAL INFORMATION

Your Name: Marta Noemi Danie
Social Security No.: xxx-xx-7980
Address: 37 Davis Street (Street address), Revere (City/Town), MA (State), 02151 (Zip)
Tel. No.: +1 (781) 502-1868
Date of Birth: 10/25/1979
No. of children living with you: 0
Occupation: Cleaning and Security
Employer: Swissport
Employer's Address: 45025 Aviation Dr Suite 350 (Street address), Sterling (City/Town), VA (State), 20166 (Zip)
Tel. No.: +1 (617) 569-4956
Do you have health insurance coverage? [X] Yes [ ] No
if yes, name of health insurance provider: Blue Cross Blue Shield

## 2. GROSS WEEKLY INCOME/RECEIPTS FROM ALL SOURCES

| | |
|---|---|
| a) Base pay from [X] Salary [ ] Wages | $ 725.62 |
| b) Overtime | $ .00 |
| c) Part-time job | $ .00 |
| d) Self-employment (**attach a completed schedule A**) | $ .00 |
| e) Tips | $ .00 |
| f) [ ] Commissions [ ] Bonuses | $ .00 |
| g) [ ] Dividends [ ] Interest | $ .00 |
| h) [ ] Trusts [ ] Annuities | $ .00 |
| i) [ ] Pensions [ ] Retirement funds | $ .00 |
| j) Social Security | $ .00 |
| k) [ ] Disability [ ] Unemployment insurance [ ] Worker's compensation | $ .00 |
| l) Public Assistance (e.g. welfare, TAFDC, SNAP) (**not included in gross income for child support**) | $ .00 |
| m) [ ] Child Support [ ] Alimony (actually received) | $ .00 |
| n) Rental from income producing property (**attach a completed Schedule B**) | $ .00 |
| o) Royalties and other rights | $ .00 |
| p) Contributions from household member(s) | $ .00 |
| q) Other (specify) | $ .00 |
| | $ .00 |
| r) Total Gross Weekly Income/Receipts (add items a-q) | $ 725.62 |

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**
**FINANCIAL STATEMENT**
(Short Form)

Division: Middlesex
Docket No. 23E0049QC

3. **ITEMIZED DEDUCTIONS FROM GROSS INCOME**

   a) Federal income tax deductions (claiming 0 exemptions) — $ 44.02
   b) State income tax deductions (claiming 0 exemptions) — $ 31.62
   c) F.I.C.A. and Medicare — $ 52.39
   d) Medical Insurance — $ 38.38
   e) Union Dues — $ .00
   f) Total Deductions (a through e) — $ 166.41

4. **ADJUSTED NET WEEKLY INCOME** 2(r) minus 3(f) — $ 559.21

5. **OTHER DEDUCTIONS FROM SALARY/WAGES**

   a) Credit Union ☐ Loan repayment ☐ Savings — $ .00
   b) Savings — $ .00
   c) Retirement — $ .00
   d) Other-Specify (i.e. Child Support, Deferred Compensation or 401K) MAFLI/MAMLI — $ 3.34
   e) Total Deductions (a through d) — $ 3.34

6. **NET WEEKLY INCOME** 4 minus 5(e) — $ 555.87

7. **GROSS YEARLY INCOME FROM PRIOR YEAR**
   (attach copy of all W-2 and 1099 forms for prior year) — $ 41,063.70

   Number of Years you have paid into Social Security: 2

8. **WEEKLY EXPENSES**

   a) Rent or Mortgage (PIT) — $ 186.05
   b) Homeowners/Tenant Insurance — $ .00
   c) Maintenance and Repair — $ .00
   d) Heat — $ .00
   e) Electricity and/or Gas — $ .00
   f) Telephone — $ 41.86
   g) Water/Sewer — $ .00
   h) Food — $ 175.00
   i) House Supplies — $ 25.00
   j) Laundry and Cleaning — $ .00
   k) Clothing — $ 58.14
   l) Life Insurance — $ .00
   m) Medical Insurance — $ .00
   n) Uninsured Medicals — $ 8.33
   o) Incidentals and Toiletries — $ 30.00
   p) Motor Vehicle Expenses — $ .00
   q) Motor Vehicle Payment — $ .00
   r) Child Care — $ .00
   s) Other (explain)
      Transportation — $ 50.00
      Financial Support Children — $ 93.02
   t) Total Weekly Expenses (a through s) — $ 667.40

9. **COUNSEL FEES**

   a) Retainer amount(s) paid to your attorney(s) — $ 1,000.00
   b) Legal fees incurred, to date, against retainer(s) — $ 1,000.00
   c) Anticipated range of total legal expense to litigate this action — $ 5,000.00 to $ 10,000.00

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**
FINANCIAL STATEMENT
(Short Form)

Division: Middlesex

Docket No.: 23F0049QC

### 10. ASSETS (attach additional sheet if necessary)

a) Real Estate

Location: None

Title held in the name of: _____

Fair Market Value $ .00 - Mortgage $ .00 = Equity $ .00

b) Motor Vehicles

Fair Market Value $ .00 - Motor Vehicle Loan $ .00 = Equity $ .00

Fair Market Value $ .00 - Motor Vehicle Loan $ .00 = Equity $ .00

c) IRA, Keogh, Pension, Profit Sharing, Other Retirement Plans:
Financial Institution or Plan Name and Account Number

N/A — $ .00

— $ .00

— $ .00

d) Tax Deferred Annuity Plan(s) — $ .00

e) Life Insurance: Present Cash Value — $ .00

f) Savings & Checking Accounts, Money Market Accounts, Certificates of Deposit-which are held individually, jointly, in the name of another person for your benefit, or held by you for the benefit of your minor child(ren):
Financial Institution or Plan Name and Account Number

Citizens Bank - Checking — $ 5.00

AA Credit Union — $ 1.00

— $

g) Other (e.g. stocks, bonds, collections)

None — $ .00

— $ .00

h) **Total Assets** (a through g) — $ 6.00

### 11. LIABILITIES (Do not list expenses shown in item 8 above.)

|   | Creditor | Nature of Debt | Date Incurred | Amount Due | Weekly Payment |
|---|----------|----------------|---------------|------------|----------------|
| a) | None |  |  | $ .00 | $ .00 |
| b) |  |  |  | $ | $ |
| c) |  |  |  | $ | $ |
| d) |  |  |  | $ | $ |

e) Total Liabilities — $ .00    $ .00

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**
FINANCIAL STATEMENT
(Short Form)

Division  Middlesex

Docket No.  23E0049QC

# CERTIFICATION

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached schedules, if any, is complete, true, and accurate.

Date  March 15, 2024

Signature  _____

INSTRUCTIONS: In any case where an attorney is appearing for a party, said attorney MUST complete the Statement by Attorney.

# STATEMENT BY ATTORNEY

I the undersigned attorney, am admitted to practice law in the Commonwealth of Massachusetts-am admitted pro hoc vice for the purposes of this case-and am an officer of the court. As the attorney for the party on whose behalf this Financial Statement is submitted, I hereby state to the court that I have no knowledge that any of the information contained herein is false.

Date  March 15, 2024

(Signature of Attorney)
Francisco J. Rosa
(Print name)
1550 Middlesex Street
(Street address)
Lowell        MA        01851
(City/Town)   (State)   (Zip)

Tel. No.  +1 (978) 458-0934
B.B.O. #  686,673



Fidelity Investments Institutional Operations Company, Inc.

P.O. Box 770002
Cincinnati, OH 45277-0090
800-343-0860

April 15, 2024

Robenson Daniel
90 Brickel Rd
Stoughton, MA 02072

**Key Information**
Re:              Beneficiary Claim
Service Group:   Beneficiary Qualification Group
Plan Name:       Mass General Brigham Tax Sheltered Annuity Plan
Reference:       **W607430-11APR24**

Dear Robenson Daniel,

We are writing in response to your recent correspondence concerning death benefits paid from Clebert Daniel's Mass General Brigham Tax Sheltered Annuity Plan. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986, as amended, and the Employee Retirement Income Security Act of 1974, as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Please be advised that Clebert Daniel did not enter a beneficiary designation for the Tax Sheltered Annuity Plan. In the absence of a designated beneficiary, the Plan rules require that any available death benefits be paid to the surviving spouse of the Plan participant. If there is no surviving spouse, the benefit passes to the estate.

When Fidelity was initially notified of Mr. Daniel's death in 2023, we were informed that he was not married. This was supported by a copy of his death certificate showing a marital status of divorced. This initially led us to recognize the estate as the default beneficiary. In 2024, Fidelity received a claim for benefits from Marta Daniel. She has provided us with an affidavit, a copy of the marriage certificate, and an amended death certificate displaying a marital status of married. Based on this additional documentation Fidelity has determined that Marta Daniel, and not the estate, is the default beneficiary of the Tax Sheltered Annuity Plan.

**Contact Information:**

If you have questions or require further assistance, please contact us in writing at the address below:

**Fidelity Investments / P.O. Box 770002 / Cincinnati, OH 45277-0090**

Sincerely,

Fidelity Investments Institutional Operations Company, Inc.



**DEPENDENTS ENROLLMENT SUMMARY**

| Benefit Option | Dependent |
|---|---|
| Plus Plan | Marta Daniel |
| Flex Dental | Sylvanie Daniel |
| BCBS Vision Care | Sylvanie Daniel |

**YOUR BENEFICIARIES DESIGNATIONS**

| Benefit | Beneficiary | Primary Allocation Percent | Primary Allocation Amount | Secondary Allocation Percent | Secondary Allocation Amount | Excess |
|---|---|---|---|---|---|---|
| Basic Life | Robenson Daniel | 50% | | | | No |
| | Kelly Daniel | 50% | | | | No |
| Supp. Life | Robenson Daniel | 50% | | | | No |
| | Kelly Daniel | 50% | | | | No |
| AD&D | Robenson Daniel | 50% | | | | No |
| | Kelly Daniel | 50% | | | | No |

ELECTION PREVIEW

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**
FINANCIAL STATEMENT
(Short Form)

Division: Middlesex

Docket No. 23E0049QC

**INSTRUCTIONS:** if your income equals or exceeds $75,000.00 annually, you must complete the LONG FORM financial statement, unless otherwise ordered by the court.

Kelly Daniel & Robenson Daniel, Co-Personal Reps
Plaintiff/Petitioner

v.

Martha Noemi Daniel
Defendant/Petitioner

1. **PERSONAL INFORMATION**

   Your Name: Marta Noemi Danie
   Social Security No.: xxx-xx-7980
   Address: 37 Davis Street (Street address), Revere (City/Town), MA (State), 02151 (Zip)
   Tel. No.: -1 (781) 502-1868
   Date of Birth: 10/25/1979
   No. of children living with you: 0
   Occupation: Cleaning and Security
   Employer: Swissport
   Employer's Address: 45025 Aviation Dr Suite 350 (Street address), Sterling (City/Town), VA (State), 20166 (Zip)
   Tel. No.: -1 (617) 569-4956
   Do you have health insurance coverage? [X] Yes  [ ] No
   if yes, name of health insurance provider: Blue Cross Blue Shield

2. **GROSS WEEKLY INCOME/RECEIPTS FROM ALL SOURCES**

   a) Base pay from [X] Salary [ ] Wages — $ 725.62
   b) Overtime — $ .00
   c) Part-time job — $ .00
   d) Self-employment (**attach a completed schedule A**) — $ .00
   e) Tips — $ .00
   f) [ ] Commissions [ ] Bonuses — $ .00
   g) [ ] Dividends [ ] Interest — $ .00
   h) [ ] Trusts [ ] Annuities — $ .00
   i) [ ] Pensions [ ] Retirement funds — $ .00
   j) Social Security — $ .00
   k) [ ] Disability [ ] Unemployment insurance [ ] Worker's compensation — $ .00
   l) Public Assistance (e.g. welfare, TAFDC, SNAP) (**not included in gross income for child support**) — $ .00
   m) [ ] Child Support [ ] Alimony (actually received) — $ .00
   n) Rental from income producing property (**attach a completed Schedule B**) — $ .00
   o) Royalties and other rights — $ .00
   p) Contributions from household member(s) — $ .00
   q) Other (specify)
   _____ — $ .00
   _____ — $ .00

   r) Total Gross Weekly Income/Receipts (add items a-q) — $ 725.62

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department
FINANCIAL STATEMENT
(Short Form)

Division: Middlesex

Docket No. 23E0049QC

3. **ITEMIZED DEDUCTIONS FROM GROSS INCOME**

   a) Federal income tax deductions (claiming 0 exemptions) — $ 44.02
   b) State income tax deductions (claiming 0 exemptions) — $ 31.62
   c) F.I.C.A. and Medicare — $ 52.39
   d) Medical Insurance — $ 38.38
   e) Union Dues — $ .00
   f) Total Deductions (a through e) — $ 166.41

4. **ADJUSTED NET WEEKLY INCOME** 2(r) minus 3(f) — $ 559.21

5. **OTHER DEDUCTIONS FROM SALARY/WAGES**

   a) Credit Union ☐ Loan repayment ☐ Savings — $ .00
   b) Savings — $ .00
   c) Retirement — $ .00
   d) Other-Specify (i.e. Child Support, Deferred Compensation or 401K) MAFLI/MAMLI — $ 3.34
   e) Total Deductions (a through d) — $ 3.34

6. **NET WEEKLY INCOME** 4 minus 5(e) — $ 555.87

7. **GROSS YEARLY INCOME FROM PRIOR YEAR**
   (attach copy of all W-2 and 1099 forms for prior year) — $ 41,063.70

   Number of Years you have paid into Social Security: 2

8. **WEEKLY EXPENSES**

   a) Rent or Mortgage (PIT) — $ 186.05
   b) Homeowners/Tenant Insurance — $ .00
   c) Maintenance and Repair — $ .00
   d) Heat — $ .00
   e) Electricity and/or Gas — $ .00
   f) Telephone — $ 41.86
   g) Water/Sewer — $ .00
   h) Food — $ 175.00
   i) House Supplies — $ 25.00
   j) Laundry and Cleaning — $ .00
   k) Clothing — $ 58.14
   l) Life Insurance — $ .00
   m) Medical Insurance — $ .00
   n) Uninsured Medicals — $ 8.33
   o) Incidentals and Toiletries — $ 30.00
   p) Motor Vehicle Expenses — $ .00
   q) Motor Vehicle Payment — $ .00
   r) Child Care — $ .00
   s) Other (explain)
      Transportation — $ 50.00
      Financial Support Children — $ 93.02
   t) Total Weekly Expenses (a through s) — $ 667.40

9. **COUNSEL FEES**

   a) Retainer amount(s) paid to your attorney(s) — $ 1,000.00
   b) Legal fees incurred, to date, against retainer(s) — $ 1,000.00
   c) Anticipated range of total legal expense to litigate this action — $ 5,000.00 to $ 10,000.00

| Division | Middlesex | **Commonwealth of Massachusetts**<br>**The Trial Court**<br>**Probate and Family Court Department**<br>**FINANCIAL STATEMENT**<br>(Short Form) | Docket No. | 23E0049QC |

**10. ASSETS** (attach additional sheet if necessary)

a) Real Estate

　Location _____ None _____

　Title held in the name of _____

　Fair Market Value $ _____.00_____ - Mortgage $ _____.00_____ = Equity $ .00

b) Motor Vehicles

　Fair Market Value $ _____.00_____ - Motor Vehicle Loan $ _____00_____ = Equity $ .00

　Fair Market Value $ _____.00_____ - Motor Vehicle Loan $ _____00_____ = Equity $ .00

c) IRA, Keogh, Pension, Profit Sharing, Other Retirement Plans:
　Financial Institution or Plan Name and Account Number

　N/A _____ $ .00

　_____ $ .00

　_____ $ .00

d) Tax Deferred Annuity Plan(s)　　　　　　　　　　　　　　　　　　$ .00

e) Life Insurance: Present Cash Value　　　　　　　　　　　　　　　　$ .00

f) Savings & Checking Accounts, Money Market Accounts, Certificates of Deposit-which are held individually, jointly, in the name of another person for your benefit, or held by you for the benefit of your minor child(ren):

　Financial Institution or Plan Name and Account Number

　Citizens Bank - Checking _____ $ 5.00

　AA Credit Union _____ $ 1.00

　_____ $ _____

g) Other (e.g. stocks, bonds, collections)

　None _____ $ .00

　_____ $ .00

　　　　　　　　　　　　　　**h) Total Assets** (a through g)　　　　$ 6.00

**11. LIABILITIES** (Do not list expenses shown in item 8 above.)

|  | Creditor | Nature of Debt | Date Incurred | Amount Due | Weekly Payment |
|---|---|---|---|---|---|
| a) | None |  |  | $ .00 | $ .00 |
| b) |  |  |  | $ | $ |
| c) |  |  |  | $ | $ |
| d) |  |  |  | $ | $ |

　　　　　　　　　　　　　　　e) **Total Liabilities**　　　　$ .00　　$ .00

| | |
|---|---|
| Division  Middlesex | **Commonwealth of Massachusetts**<br>**The Trial Court**<br>**Probate and Family Court Department**<br>FINANCIAL STATEMENT<br>(Short Form) | Docket No.  23E0049QC |

## CERTIFICATION

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached schedules, if any, is complete, true, and accurate.

Date  March 15, 2024                          Signature  _____

INSTRUCTIONS: In any case where an attorney is appearing for a party, said attorney MUST complete the Statement by Attorney.

## STATEMENT BY ATTORNEY

I the undersigned attorney, am admitted to practice law in the Commonwealth of Massachusetts-am admitted pro hoc vice for the purposes of this case-and am an officer of the court. As the attorney for the party on whose behalf this Financial Statement is submitted, I hereby state to the court that I have no knowledge that any of the information contained herein is false.

Date  March 15, 2024

(Signature of Attorney)
Francisco J. Rosa
(Print name)
1550 Middlesex Street
(Street address)

| Lowell | MA | 01851 |
|---|---|---|
| (City/Town) | (State) | (Zip) |

Tel. No.  +1 (978) 458-0934

B.B.O. #  686.673



Fidelity Investments Institutional Operations Company, Inc.
P.O. Box 770002
Cincinnati, OH 45277-0090
800-343-0860

April 15, 2024

Robenson Daniel
90 Brickel Rd
Stoughton, MA 02072

**Key Information**
Re: Beneficiary Claim
Service Group: Beneficiary Qualification Group
Plan Name: Mass General Brigham Tax Sheltered Annuity Plan
Reference: **W607430-11APR24**

Dear Robenson Daniel,

We are writing in response to your recent correspondence concerning death benefits paid from Clebert Daniel's Mass General Brigham Tax Sheltered Annuity Plan. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986, as amended, and the Employee Retirement Income Security Act of 1974, as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Please be advised that Clebert Daniel did not enter a beneficiary designation for the Tax Sheltered Annuity Plan. In the absence of a designated beneficiary, the Plan rules require that any available death benefits be paid to the surviving spouse of the Plan participant. If there is no surviving spouse, the benefit passes to the estate.

When Fidelity was initially notified of Mr. Daniel's death in 2023, we were informed that he was not married. This was supported by a copy of his death certificate showing a marital status of divorced. This initially led us to recognize the estate as the default beneficiary. In 2024, Fidelity received a claim for benefits from Marta Daniel. She has provided us with an affidavit, a copy of the marriage certificate, and an amended death certificate displaying a marital status of married. Based on this additional documentation Fidelity has determined that Marta Daniel, and not the estate, is the default beneficiary of the Tax Sheltered Annuity Plan.

**Contact Information:**

If you have questions or require further assistance, please contact us in writing at the address below:

**Fidelity Investments / P.O. Box 770002 / Cincinnati, OH 45277-0090**

Sincerely,

Fidelity Investments Institutional Operations Company, Inc.