UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELLY DANIEL, individually and as
Personal Representative of the Estate of
CLEBERT DANIEL,

    Plaintiff,

v.

MARTA NOEMI DANIEL,

    Defendant.

Civil Case No.: 24-cv-12609-WGY

## JOINT SCHEDULING CONFERENCE STATEMENT

In accordance with Local Rule 16.1 and the Court's Notice of Scheduling Conference, counsel for the Plaintiff Kelly Daniel, and the Defendant, Marta Noemi Daniel (collectively, the "Parties") have conferred and now submit this Joint Scheduling Conference Statement in advance of the December 5, 2024 scheduling conference.

### I. Initial Disclosures

Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by December 19, 2024.

### II. Amendments to Pleadings

Except for good cause, no motions seeking leave to add new parties or amend the pleadings to assert new claims or defenses may be filed after January 10, 2025.

*[Handwritten:]* December 5, 2024, as modified

So ordered as the case management scheduling order.

Discovery due October 1, 2025
Dispositive motions due Aug 12, 2025

William G. Young
District Judge

### III. Proposed Timetable for Fact Discovery

#### A. Final Fact Discovery Deadline

All discovery, other than expert discovery, must be completed by June 23, 2025.

#### B. Service of requests for production of documents and interrogatories:

Requests for production, requests for admission, and interrogatories should be served no later than thirty (30) days before the final fact discovery deadline.

#### C. Depositions

All depositions, other than expert depositions, must be completed by the conclusion of the fact discovery period.

#### D. Status Conference

~~A status conference will be held on a date of the Court's choosing.~~ *MAY* [handwritten]

### IV. Expert Discovery

A. Trial experts for PLAINTIFF must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2), must be disclosed by July 23, 2025.

B. Trial experts for DEFENDANT must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by August 22, 2025.

C. Any depositions of trial experts must be completed by October 1, 2025.

### V. Dispositive Motions

Any other dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by August 12, 2025 with oppositions due September 11, 2025.

### VI. Trial by Magistrate Judge

At present, the Parties do not consent to trial by magistrate judge.

### VII. Certifications

The Parties shall separately file their Local Rule 16.1(d)(3) certifications.

### VIII. Local Rule 16.1(c) Settlement

PLAINTIFF provided a settlement demand on November 21, 2024, for DEFENDANT'S consideration. The DEFENDANT did not respond to the settlement demand.

### IX. Procedural Provisions

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; and a specific date when the requesting party expects to complete additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memorandum.** Parties need not seek leave of court to file a reply memorandum in response to any opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.** ~~The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes.~~ WJY Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

5. **Additional Conferences.** Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conference where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues.** The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

WHEREFORE, the Parties respectfully request that this Court approve their proposed schedule, with such amendments as the Court deems just and proper.

Respectfully submitted,

| KELLY DANIEL, | MARTA NOEMI DANIEL |
|---|---|
| By her attorney: | By her attorney: |
| /s/ Mark W. Shea | /s/ Francisco J. Rosa |
| Mark W. Shea (BBO No. 558319) | Francisco J. Rosa (BBO # 686673) |
| SHEA & LaROCQUE, LLP | ROSA & TAING LAW LLC |
| 88 Broad Street, Suite 101 | 1550 Middlesex Street |
| Boston, MA 02110 | Lowell MA 01851 |
| Tel: 617-577-8722 | Tel: 978-458-0934 |
| markwshea@shearock.com | fr@rosataing.com |

Dated: November 29, 2024

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 29, 2024.

/s/ Mark W. Shea
MARK W. SHEA